JOHN WIESNER, Respondent, *v.* CITY OF ALBANY, Appellant.

(Submitted January 11, 1929; decided February 13, 1929.)

552

*George A. Reilly, Corporation Counsel (Charles J. Duncan* and *Anthony DeStephano* of counsel), for appellant.
*Frank L. Wiswall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., LEHMAN and KELLOGG, JJ.